| | |
|---|---|
| AUSA: Sean King | Telephone: (313) 226-9727 |
| Task Force Officer: Jeffery Ridell | Telephone: (313) 226-0500 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.
Tyler Scott Minegar

Case No.  Case: 2:24−mj−30365
Assigned To : Unassigned
Assign. Date : 8/26/2024
Description: COMP USA V. MINEGAR (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey Ridell, Task Force Offficer  (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 26, 2024

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeff Riddell, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Resident Agent in Charge (RAC) Detroit Metropolitan Airport office located in Romulus, Michigan. I have been employed as a Border Patrol Agent since September 2008. I've worked as a Task Force Officer (TFO) with HSI for approximately four years, one of which has been with the RAC DMA Office. As part of my duties as a TFO with HSI, I've participated in investigations of criminal violations relating to child sexual exploitation and child pornography.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Tyler MINEGAR for violation of 18 USC §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5) (possession of child pornography).

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from

1

this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant.

## PROBABLE CAUSE

4. On or about August 12, 2023, the National Center for Missing and Exploited Children (NCMEC) sent a cybertip to the New Jersey Internet Crimes Against Children (ICAC) Task Force regarding MINEGAR. According to the cybertip, on or about August 11, 2023, an account user later associated with MINEGAR was using an internet-based chat application to communicate with another user who purported to be an adult female in the Philippines. During the chat, MINEGAR stated that he was traveling to the Philippines for work and asked the female if she would be his housewife and have sex with him. The female asked MINEGAR if he had a lot of Filipino girls. MINEGAR replied, "Just 1 / She's 13 / She love my big cock." The female responded, "She's 13 … It's Filipino?" MINEGAR then confirmed, "Yes / She love big cock / She suck me every day she live with me / I buy her." .

5. According to information provided by the chat application in the cybertip, the account used by MINEGAR was in the name of "Tyler Mingar," with an age and date of birth that matched that of MINEGAR. The chat application also provided IP addresses associated with MINEGAR's account. Based on law

enforcement investigation and a subpoena, MINEGAR's information resolved to a residence in New Jersey and that was confirmed as a previous residence. MINEGAR has a current Florida state driver's license with an address in Miami, Florida.

6.   On or about July 11, 2024, the Somerset County Prosecutor's Office in New Jersey contacted HSI Newark for assistance with the investigation. Record checks conducted by HSI Newark showed that MINEGAR departed the United States on June 10, 2024, from John F. Kennedy International Airport to Seoul, South Korea on Korean Airlines.

7.   On August 25, 2024, MINEGAR arrived at Detroit Metropolitan Wayne County Airport on Delta Airlines flight 276 from Tokyo, Japan. MINEGAR's flight records indicate that he had arrived in Tokyo from Manila, Philippines, and that his final destination was Fort Lauderdale, Florida. At approximately 1550 hours, MINEGAR presented himself to U.S. Customs and Border Protection (CBP) for inspection upon his arrival. MINEGAR was referred for a secondary inspection and interviewed by CBP officers. MINEGAR was found to be in possession of an Apple iPhone and a Lenovo laptop. CBP officers, per their border inspection authority, asked MINEGAR for the passwords for the

iPhone and laptop. MINEGAR would not give officers the passwords, but unlocked both devices for the officers and handed the devices to them.

8. The CBP officers brought the laptop and the iPhone to HSI personnel at a secondary location to review. An HSI agent and a CBP officer observed an image of a nude prepubescent female in the photo gallery of the iPhone, but the screen of the device subsequently timed out, locked and was unable to be opened without the password.

9. Law enforcement reviewed a folder on the Lenovo laptop and located approximately 80 images and 28 videos of child sexually abusive material (CSAM). The images were located on the laptop's hard drive, in the location C:\Users\mineg\iCloudPhotos\Photos. The CSAM materials were intermingled with non-CSAM photos from MINEGAR's life, such as photos of MINEGAR and acquaintances in front of landmarks.

10. The photographs and videos featured prepubescent minor females. Many of the videos and photos showed the minor females engaged in sex acts with adult males, to include oral and vaginal sex. To illustrate, three of the videos that meet the federal definition of child pornography are described below:

a. An approximately ten-second-long video with the filename "-[redacted]199" and creation date of April 15, 2024. The video depicts a

4

prepubescent female with brown hair holding and licking an erect adult penis while the adult is lying down. The penis ejaculates onto the prepubescent female's hand.

    b. An approximately 33-second-long video with the filename "[redacted]676" and a creation date of April 15, 2024. The video depicts an Asian prepubescent female lying on her back, while being vaginally penetrated by an adult penis. The video is taken from the adult male's point-of-view.

    c. A 31-second-long video with the filename "[redacted]070" with a creation date of April 15, 2024. The video depicts a brown-haired prepubescent female lying on a couch with multiple blankets or towels. The female is engaged in vaginal sex with an adult male penis. The video is apparently taken from the adult male's point-of-view.

## CONCLUSION

I submit that this affidavit supports probable cause for a complaint and arrest warrant for Tyler MINEGAR for violation of 18 USC §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5) (possession of child pornography).

5

Respectfully submitted,

_____
Jeffery Riddell
Task Force Officer
Homeland Security Investigations

Sworn to before me and signed in my presence.
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Dated: August 26, 2024