


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case No. 2:24-cr-20493
Hon. Matthew F. Leitman

TYLER SCOTT MINEGAR,

Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, TYLER SCOTT MINEGAR, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| Count 1:<br>Transportation of child pornography<br>18 U.S.C. § 2252A(a)(1) | Term of imprisonment: | Minimum: 5 years<br>Maximum: 20 years |
|---|---|---|
| | Supervised release: | Minimum: 5 years<br>Maximum: Life |
| | Fine: | Maximum: $250,000 |

| Count 2:<br>Possession of child pornography<br>18 U.S.C. § 2252A(a)(5)(b) | Term of imprisonment: | Maximum: 20 years |
|---|---|---|
| | Supervised release | Minimum: 5 years<br>Maximum: Life |
| | Fine: | Maximum: $250,000 |

*[signature]*
TYLER SCOTT MINEGAR
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

  I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*/s/ Gabi Silver*
Gabi Silver
Counsel for Defendant

Date: 9-11-24